

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

<span style="color:red">01-15-00185-CR</span>

February 25, 2015

DAUCIE SCHINDLER
ATTORNEY OF RECORD
1201 FRANKLIN, 13TH FLOOR
HOUSTON, TEXAS 77002

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/26/2015 3:14:45 PM
CHRISTOPHER A. PRINE
Clerk

Defendant's Name: JASON A. SNAVELY

Cause No: 1404979

Court: 230TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 02/16/2015
**Sentence Imposed Date:** 02/19/2015
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** DAUCIE SCHINDLER
Pauper's Oath On Appeal Filed: 02/19/2015

Sincerely,

/s/ N. Salinas
Criminal Post Trial Deputy

CC: Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

TRISH MATTHEWS (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin P.O. Box 4651 Houston, Texas 77210-4651

Cause No. 1404979



THE STATE OF TEXAS

Jason Snavely                     v.
_____, A/K/A/ _____

230th   District Court / County Criminal Court at Law No. _____

Harris County, Texas

NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

On _____ FEB 19 2015 _____ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☑ MOVES to withdraw.
☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

| | |
|---|---|
| **Date** | **Attorney (Signature)** |
| Jason Snavely | |
| **Defendant (Printed name)** | **Attorney (Printed name)** |
| | 1791200 |
| | **State Bar Number** |
| | 5803 2 |
| | **Address** |
| | 281391-2141 |
| | **Telephone Number** |

FILED
Chris Daniel
District Clerk
FEB 19 2015
Time:_____
Harris County, Texas
By_____
Deputy

The defendant (check all that apply):

☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☑ ASKS the Court to ORDER that a free record be provided to him.

☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

Jason a Snavely                    Jason Snavely
**Defendant (Signature)**          **Defendant's Printed name**
                                    FEB 19 2015

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On ~~FEB 1 9 2015~~ the Court conducted a hearing and **FINDS** that defendant / appellant

❏ IS **NOT** indigent at this time.

☑ IS indigent for the purpose of

    ❏ employing counsel

    ❏ paying for a clerk's and court reporter's record.

    ☑ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☑ Counsel's motion to withdraw is **GRANTED** / **DENIED**.

❏ Defendant / appellant's motion (to be found indigent) is **DENIED**.

❏ Defendant's / appellant's motion is **GRANTED** and

    ❏ _____(attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal.

    ❏ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

❏ SET at $ _____

❏ TO CONTINUE as presently set.

☑ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED: ___FEB 1 9 2015___

_____
JUDGE PRESIDING,
DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS

 

Cause No. 1404979

THE STATE OF TEXAS

v.

Jason Snavely , Defendant

IN THE 230th DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☐ the defendant has waived the right of appeal.

_____
Judge

FEB 1 9 2015

_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X Jason a Snavely
Defendant

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

_____
Defendant's Counsel

State Bar of Texas ID number: 17912000

Mailing Address: 5803 2d

Telephone number: 281/392/2/41

Fax number (if any): _____

FILED
Chris Daniel
District Clerk
FEB 19 2015
Time: _____
Harris County, Texas
By _____
Deputy

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

CLERK

9/1/2011

# PAUPER'S OATH ON APPEAL

CAUSE NO.: 1404979

OFFENSE: Agg Asslt -Family Member

THE STATE OF TEXAS

230 DISTRICT COURT

OF

VS.

Jason Snavely

HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Jason Snavely , defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

☐ Appoint appellate counsel to represent him.

☑ Asks the court to order that a free record be provided to him.

Jason A. Snavely
DEFENDANT

SUBSCRIBED AND SWORN to before me, this 19 day of February A.D., 20 15 .

**FILED**
Chris Daniel
District Clerk

FEB 19 2015

Time:_____
Harris County, Texas

By_____
Deputy

DEPUTY DISTRICT CLERK
230 DISTRICT COURT
HARRIS COUNTY, TEXAS

## ORDER

On 02/19/2015 the court conducted a hearing and found that the defendant is indigent.

☐ The court orders that DAUCIE SCHINDLER is appointed to represent defendant/appellant on appeal. Harris County Public Defender's Off.

☐ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: _____, by certified mail return receipt requested.

JUDGE PRESIDING
230 DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, Daucie Schindler , Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

Daucie Schindler (RW)
ATTORNEY (SIGNATURE)

24013495 01759528
BAR/SPN NUMBER

1201 Franklin 13th fl.
ADDRESS

Houston TX. 77002
CITY / STATE / ZIP

713-368-0016
PHONE

713-368-9278
FAX NUMBER

daucie.schindler@pdo.hctx.net
EMAIL ADDRESS

SWORN TO AND SUBSCRIBED BEFORE ME ON 2/19/2015

DEPUTY DISTRICT CLERK (SIGNATURE)

# APPEAL CARD

Court **350th** Due: **4-20-15** / **1st**

Cause No. **1404979**

## The State of Texas

Vs

**Jason Snavely**

**Date Notice Of Appeal:** 2-19-15 **02·19·2015**

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** Brad Hart

**Court Reporter** Trish Matthews

**Court Reporter**_____

**Court Reporter**_____

**Attorney on Trial** Robert Scott

**Attorney on Appeal** to be determined

Appointed **✓** Hired_____

**Offense** Agg - Assault - family member serious bodily injury

**Jury Trial:** Yes **✓** No_____

**Punishment Assessed**_____

**Companion Cases (If Known)** n/a

**Amount of Appeal Bond** 0

**Appellant Confined:** Yes **✓** No_____

**Date Submitted To Appeal Section** 02·19·2015 2-20-15

**Deputy Clerk** A. Sanchez

997

Notice of Appeal Card Rev. 9/84